# In The United States Court of Federal Claims

No. 05-639 C

(Filed: September 1, 2005)

PLEASANT VIEW MANOR,
A LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 11, 2005, the parties filed a joint motion for a stay of proceedings while certain related cases remain in the court's Alternative Dispute Resolution (ADR) pilot program. In their motion, the parties expressed optimism about the prospects for successful ADR resolution in those related cases. Accordingly,

1. This proceeding is hereby **STAYED** until 14 days following the completion of the ADR process in the related cases.

2. The parties shall file a joint status report on the progress of the ADR process on or before December 1, 2005, with subsequent reports to follow every 90 days thereafter for the duration of the stay.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge